# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  14-cv-00791-LTB-KMT

GEORGE A. CASTRO,

       Plaintiff,

v.

KRISTEN P. HOLMBERG,
JOEL MECKLENBURG,
STACY L. ARONOWITZ,
ARONOWITZ & MECKLENBURG, P.C.,
US BANK. N.A.,

       Defendants.

_____

# ORDER
_____

      This case is before me on the recommendation of the Magistrate Judge issued and served on February 2, 2015 (Doc 66).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

      ORDERED that the recommendation is accepted as follows:

      1.    Defendants Stacey Aronowitz, Joel Mecklenberg, and Aronowitz & Mecklenburg, LLP's Motion to Dismiss Complaint (Doc 22) and Defendant U.S. Bank, N.A.'s Motion to Dismiss (Doc 25) are GRANTED and this case is DISMISSED IN ITS ENTIRETY.

      2.    Defendant Kristen P. Holmberg's Motion for Summary Judgment (Doc 50) is DENIED AS MOOT.

                               BY THE COURT:


                                 s/Lewis T. Babcock
                                 Lewis T. Babcock, Judge

DATED:   February 19, 2015