IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00791-LTB-KMT

GEORGE A. CASTRO,

    Plaintiff,

v.

KRISTEN P. HOLMBERG,
JOEL MECKLENBURG,
STACY L. ARONOWITZ,
ARONOWITZ & MECKLENBURG, P.C., and
US BANK, N.A.,

    Defendants.

## **FINAL JUDGMENT**

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on February 19, 2015, incorporated herein by reference, it is

ORDERED that the recommendation of the Magistrate Judge is ACCEPTED.  It is

FURTHER ORDERED that Defendants Stacey Aronowitz, Joel Mecklenberg, and Aronowitz & Mecklenburg, LLP's Motion to Dismiss Complaint is GRANTED.  It is

FURTHER ORDERED that Defendant U.S. Bank, N.A.'s Motion to Dismiss is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, Kristen P. Holmberg, Joel Mecklenburg, Stacy L. Aronowitz, Aronowitz & Mecklenburg, P.C., and US Bank, N.A. and against Plaintiff, George A. Castro.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.  It is

2

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED IN THEIR ENTIRETY.

DATED at Denver, Colorado this  19th  day of February, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/E. Buchanan
E. Buchanan, Deputy Clerk